Adam C. Cuff, WSBA #26439
Heather M. Fossity, WSBA #59128
Elizabeth A. Falcone, *Pro Hac Vice Forthcoming*
Kenneth M. Rock, *Pro Hac Vice Forthcoming*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: (503) 552-2140
Facsimile: (503) 224-4518
Email: adam.cuff@ogletree.com
heather.fossity@ogletree.com
elizabeth.falcone@ogletree.com
kenneth.rock@ogletree.com

*Attorneys for Defendant*
*J. R. Simplot Company, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

**RICHLAND DIVISION**

| | |
|---|---|
| LINDA GONZALES, an individual, on behalf of herself and others similarly situated; MARIA RODRIGUEZ CASTAÑEDA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.R. SIMPLOT COMPANY, a foreign corporation,<br><br>Defendant. | Case No. ________________<br><br>**VERIFICATION OF STATE COURT RECORDS IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[CLERK'S ACTION REQUIRED] |

I, Heather M. Fossity, declare under penalty of perjury the following:

1. I am one of the attorneys for Defendant J. R. Simplot Company, LLC, f/k/a J. R. Simplot Company ("Simplot"). I am knowledgeable about the facts set forth herein and make this Verification of State Court Records in Support of Notice of Removal to Federal Court.

2. Attached to this Verification as **Exhibit 1** is a true and correct copy of Plaintiffs' Class Action Complaint dated February 21, 2025. Plaintiffs served Exhibit 1 on Defendant on February 24, 2025.

3. Attached to this Verification as **Exhibit 2** is a true and correct copy of Plaintiffs' 20-Day Summons to Defendant, dated February 21, 2025. Plaintiffs served Exhibit 2 on Defendant on February 24, 2025.

4. Attached to this Verification as **Exhibit 3** is a true and correct copy of the Case Information Cover Sheet issued by Superior Court of Washington, County of Franklin, which was filed February 24, 2025.

5. Attached to this Verification as **Exhibit 4** is a true and correct copy of the Civil Case Schedule Order issued by Honorable Jacqueline I. Stam, which was entered on February 24, 2025.

6. Attached to this Verification as **Exhibit 5** is a true and correct copy of an Affidavit Declaration Certificate Confirmation of Service, dated February 24, 2025, and which was filed on February 27, 2025.



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

7. Attached to this Verification as **Exhibit 6** is a true and correct copy of Defendant's Notice of Appearance of Adam G. Cuff, which was filed on March 13, 2025.

8. Attached to this Verification as **Exhibit 7** is a true and correct copy of Defendant's Answer and Defenses, which was filed on April 7, 2025.

9. Attached to this Verification as **Exhibit 8** is a true and correct copy of Plaintiffs' Jury Demand, which was filed on May 20, 2025.

10. Attached to this Verification as **Exhibit 9** is a true and correct copy of Defendant's Motion for Limited Admission Pursuant to APR 8(b) (*Pro Hac Vice*) for Elizabeth A. Falcone, which was filed on June 17, 2025.

11. Attached to this Verification as **Exhibit 10** is a true and correct copy of Defendant's Proposed Order Granting Motion for Limited Admission Pursuant to APR 8(b) (*Pro Hac Vice*) for Elizabeth A. Falcone, which was filed on June 17, 2025.

12. Attached to this Verification as **Exhibit 11** is a true and correct copy of Defendant's Note for Motion Docket regarding its Motion for Limited Admission Pursuant to APR 8(b) (*Pro Hac Vice*) for Elizabeth A. Falcone, which was filed on June 17, 2025.

13. Attached to this Verification as **Exhibit 12** is a true and correct copy of Defendant's Motion for Limited Admission Pursuant to APR 8(b) (*Pro Hac Vice*)



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

for Kenneth M. Rock, which was filed on June 17, 2025.

14. Attached to this Verification as **Exhibit 13** is a true and correct copy of Defendant's Proposed Order Granting Motion for Limited Admission Pursuant to APR 8(b) (*Pro Hac Vice*) for Kenneth M. Rock, which was filed on June 17, 2025.

15. Attached to this Verification as **Exhibit 14** is a true and correct copy of Defendant's Note for Motion Docket regarding its Motion for Limited Admission Pursuant to APR 8(b) (*Pro Hac Vice*) for Kenneth M. Rock, which was filed on June 17, 2025.

16. Attached to this Verification as **Exhibit 15** is a true and correct copy of Defendant's Notice of Hearing Re: Stipulated Motion to Continue Civil Case Schedule Dates, which was filed on June 20, 2025.

17. Attached to this Verification as **Exhibit 16** is a true and correct copy of the Stipulated Motion to Continue Civil Case Schedule Dates, which was filed on June 20, 2025.

18. Attached to this Verification as **Exhibit 17** is a true and correct copy of the Signed Order Granting Stipulated Motion to Continue Civil Case Schedule Dates, issued by the Honorable Bronson J. Brown, which was entered on July 1, 2025.

19. Attached to this Verification as **Exhibit 18** is a true and correct copy of the Signed Order Granting Motion for Limited Admission Pursuant to APR 8(b)



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

(*Pro Hac Vice*) for Elizabeth A. Falcone, issued by the Honorable Megan Whitmire, which was entered on July 9, 2025.

20. Attached to this Verification as **Exhibit 19** is a true and correct copy of the Signed Order Granting Motion for Limited Admission Pursuant to APR 8(b) (*Pro Hac Vice*) for Kenneth M. Rock, issued by Honorable Megan Whitmire, which was entered on July 9, 2025.

21. Attached to this Verification as **Exhibit 20** is a true and correct copy of Plaintiffs' Notice of Unavailability of Erin S. Norgaard, which was filed on July 25, 2025.

22. Attached to this Verification as **Exhibit 21** is a true and correct copy of Plaintiffs' Notice of Withdrawal of Counsel Winthrop Hubbard of HKM Employment Attorneys LLP, which was filed on August 4, 2025.

23. Attached to this Verification as **Exhibit 22** is a true and correct copy of the Second Stipulated Motion to Continue Civil Case Schedule Dates, which was filed on December 19, 2025.

24. Attached to this Verification as **Exhibit 23** is a true and correct copy of the Stipulated Motion for Protective Order, which was filed on December 19, 2025.

25. Attached to this Verification as **Exhibit 24** is a true and correct copy of the Signed Order Granting Second Stipulated Motion to Continue Civil Case Schedule Dates, issued by the Honorable Jacqueline I. Stam, which was entered on



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

December 19, 2025.

26. Attached to this Verification as **Exhibit 25** is a true and correct copy of the Signed Stipulated Protective Order, issued by the Honorable Jacqueline I. Stam, which was entered on December 19, 2025.

27. Attached to this Verification as **Exhibit 26** is a true and correct copy of the entire Superior Court of Washington, County of Franklin docket that is available online through that court's website as of April 14, 2026.

28. **Exhibits 1-26** to this Verification constitute all of the process, pleadings, and orders either served upon Defendant or filed by any party in this action. No further proceedings have been had in the state court as of the date of Defendant's Notice of Removal.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

SIGNED this 15th day of April, 2026, in Portland, Oregon.

Heather M. Fossity, WSBA #59128



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2026, I served the foregoing **VERIFICATION OF STATE COURT RECORDS IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** via the method(s) below on the following parties:

Donald W. Heyrich, WSBA No. 23091
Brian L. Dolman, WSBA No. 32365
Erin S. Norgaard, WSBA No. 32789
HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206) 838-2504
Email: dheyrich@hkm.com
bdolan@hkm.com
enorgaard@hkm.com

*Attorneys for Plaintiffs*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☒ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☒ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 15th day of April, 2026, at Portland, Oregon.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Marin Rosenquist*
Marin Rosenquist, Practice Assistant
Marin.rosenquist@ogletreedeakins.com



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: (503) 552-2140 | Fax: (503) 224-4518